[No. 16391–4–I.   Division One.   December 15, 1986.]

KING COUNTY, *Respondent,* v. FRANCISZEK P. STARCZEWSKI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–15293–7, Frank J. Eberharter, J., entered April 1, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, J., and Johnsen, J. Pro Tem.

[No. 14168–6–I.   Division One.   December 15, 1986.]

MICHAEL C. BARNETT, ET AL, *Respondents,* v. EUGENE W. WIDMER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–06020–6, Shannon Wetherall, J., entered December 27, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Grosse, JJ.

[No. 16009–5–I.   Division One.   December 15, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY FINKLEA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–03183–4, James A. Noe, J., entered January 17, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Coleman, J.